UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLEENA FELDER,

Plaintiff,

-against-

URBAN OUTFITTERS, INC. et al,

Defendant.

25-CV-7283 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on June 29, 2026, all discovery deadlines are extended by **60 days** as follows: Depositions hall be completed by **October 6, 2026**; Requests to Admit shall be served by **October 6, 2026**; Fact discovery shall be completed by **October 20, 20206**; and expert discovery shall be completed by **November 20, 2026**. I do not anticipate additional extensions absent very good cause shown.  The pending motion to compel discovery (ECF 34) is **denied** as premature. The parties are **ORDERED** to meet and confer further and to make greater efforts to communicate and to compromise.

Additionally, the parties shall file monthly joint updates on the status of discovery on the first business day of each month, starting on **August 3, 2026** until the close of discovery.

The Clerk of Court is respectfully requested to terminate ECF 34, as well as ECF 21, which was granted at the initial case management conference.

DATED:  June 29, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**