UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLEENA FELDER,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS, INC., URBN US RETAIL LLC, KATE CHASE-LANSDALE, JAKE PELLETIER,<br><br>Defendants. | 25-CV-7283 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the post-fact-discovery conference scheduled for October 30, 2026, at 2:00 p.m. is hereby adjourned to October 30, 2026, at 11:30 a.m.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge