UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLEENA FELDER,

Plaintiff,

v.

URBAN OUTFITTERS, INC., URBN US RETAIL LLC, KATE CHASE-LANSDALE, JAKE PELLETIER,

Defendants.

25-CV-7283 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 2, 2026, Magistrate Judge Tarnofsky granted the parties' joint motion for an extension of time to January 29, 2027 to complete fact and expert discovery. *See* Dkt. 48. Accordingly, the post-fact-discovery conference scheduled for October 30, 2026, at 11:30 a.m. is hereby adjourned to February 12, 2027, at 11:30 a.m.

SO ORDERED.

Dated: October 26, 2026
New York, New York

Ronnie Abrams
United States District Judge